KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
KELLEY M. KINNEY, State Bar No. 216823
Email: kkinney@wsgr.com
CRYSTAL M. GAUDETTE, State Bar No. 247712
Email: cgaudette@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Betsy S. Atkins, John A. Kelley, D. Scott Mercer,
William A. Owens, Kevin T. Parker
and Nominal Defendant Polycom, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE POLYCOM, INC. DERIVATIVE LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | Lead Case No.: 3:13-cv-3880-SC <br><br> (Derivative Action) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO COMPLAINT, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following Stipulation and [Proposed] Order through their respective counsel of record.

**WHEREAS**, plaintiff Ralph Saraceni filed a shareholder derivative complaint against defendants Andrew M. Miller, Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, and Kevin T. Parker, as well as nominal defendant Polycom, Inc. (collectively, "Defendants") for violation of various state laws on August 21, 2013 ("*Saraceni* Derivative Action") (Case No. 3:13-cv-03880-SC, ECF No. 1);

**WHEREAS**, plaintiff James Donnelly filed a shareholder derivative complaint against Defendants for violation of various state laws on October 16, 2013 ("*Donnelly* Derivative Action") (Case No. 3:13-cv-04810-SC, ECF No. 1);

**WHEREAS**, on October 31, 2013, the Court entered an order (the "Consolidation Order") which: (1) consolidated the *Saraceni* Derivative Action and the *Donnelly* Derivative Action into the above-captioned action (the "Consolidated Derivative Action"); (2) required plaintiffs Saraceni and Donnelly (together, "Plaintiffs") to file or designate an operative complaint in the Consolidated Derivative Action within 30 days of the Consolidation Order; and (3) within 10 days of such filing or designation of an operative complaint, required the parties to meet and confer regarding and file a mutually agreeable schedule and dates by which Defendants must answer, move to dismiss, or otherwise respond to the operative complaint and file a stipulated briefing schedule with the Court for approval (ECF No. 27);

**WHEREAS**, Plaintiffs filed a notice designating an operative complaint in the Consolidated Derivative Action on November 27, 2013 (ECF No. 28);

**WHEREAS**, the parties have met and conferred, and have agreed to the following briefing schedule in connection with the Defendants' response to the operative complaint in the Consolidated Derivative Action:

(1)  Defendants shall move to dismiss the operative complaint in the Consolidated Derivative Action no later than February 7, 2014;

(2)  Plaintiffs shall file their opposition to Defendants' motion(s) to dismiss no later than March 14, 2014;

1   (3)  Defendants shall file their reply brief(s) in support of their motion(s) to dismiss no
2   later than March 28, 2014; and
3   (4)  The hearing date for Defendants' motion(s) to dismiss will be set for April 18, 2014 at
4   10:00 a.m., or the soonest date thereafter on which the Court is available to hear the motion(s);
5   **WHEREAS**, the Consolidation Order also set an Initial Case Management Conference in
6   the Consolidated Derivative Action for December 20, 2013 at 10:00 a.m. (ECF No. 27); and
7   **WHEREAS**, subject to the Court's approval, the parties agree that the Initial Case
8   Management Conference should be continued until after Defendants respond to the operative
9   complaint.

27   //
28   //

STIPULATION AND [PROPOSED] ORDER RE:             -2-
BRIEFING SCHEDULE & CONTINUING CMC
LEAD CASE NO.: 3:13-CV-3880-SC

**NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and agree as follows:

(1) Defendants shall move to dismiss the operative complaint in the Consolidated Derivative Action no later than February 7, 2014;

(2) Plaintiffs shall file their opposition to Defendants' motion(s) to dismiss no later than March 14, 2014;

(3) Defendants shall file their reply brief(s) in support of their motion(s) to dismiss no later than March 28, 2014;

(4) The hearing date for Defendants' motion(s) to dismiss will be set for April 18, 2014 at 10:00 a.m., or the soonest date thereafter on which the Court is available to hear the motion(s); and

(5) The Initial Case Management Conference in the Consolidated Derivative Action currently scheduled for December 20, 2013 at 10:00 a.m. is hereby vacated, and the Initial Case Management in the Consolidated Derivative Action shall instead be set for April 18, 2014 at 10:00 a.m., or to such other date and time as this Court may order.

**IT IS SO STIPULATED.**

Dated:  December 9, 2013                    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By: /s/ Keith E. Eggleton
      Keith E. Eggleton
      keggleton@wsgr.com

*Attorneys for Defendants Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, Kevin T. Parker, and Nominal Defendant Polycom, Inc.*

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE & CONTINUING CMC
LEAD CASE NO.: 3:13-cv-3880-SC

-3-

| | | |
|---|---|---|
| 1 | Dated:  December 9, 2013 | By:   /s/ Paul T. Friedman |
| 2 | | Paul T. Friedman |
| | | pfriedman@mofo.com |

MORRISON FOERSTER
PAUL T. FRIEDMAN
PHILIP T. BESIROF
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Defendant Andrew M. Miller*

Dated:  December 9, 2013         By:   /s/ Nathan R. Hamler
                                        Nathan R. Hamler
                                        nathanh@johnsonandweaver.com

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS
NATHAN R. HAMLER
110 West A Street, Suite 750
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Attorneys for Plaintiffs*

*I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Regarding Briefing Schedule for Defendants' Response to Complaint, and Continuing Case Management Conference.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Paul T. Friedman, and Nathan R. Hamler have concurred in this filing.*

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December  10 , 2013

_____
THE HONORABLE SAMUEL CONTI
United States District Judge

*[Seal: Judge Samuel Conti, United States District Court, Northern District of California]*