1  KEITH E. EGGLETON, State Bar No. 159842
   Email: keggleton@wsgr.com
2  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
3  KELLEY M. KINNEY, State Bar No. 216823
   Email: kkinney@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
   Attorneys for Defendants
8  Betsy S. Atkins, John A. Kelley, D. Scott Mercer,
   William A. Owens, Kevin T. Parker
9  and Nominal Defendant Polycom, Inc.

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  IN RE POLYCOM, INC. DERIVATIVE        )   Lead Case No.: 3:13-cv-3880-SC
    LITIGATION,                           )
15                                        )   (Derivative Action)
                                          )
16  This Document Relates To:             )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER TO EXTEND SCHEDULE**
17        ALL ACTIONS                     )   **ON DEFENDANTS' MOTIONS TO**
                                          )   **DISMISS AND CONTINUING CASE**
18                                        )   **MANAGEMENT CONFERENCE**
                                          )
19                                        )
                                          )
20  _____)

21

22

23

24

25

26

27

28

Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, the parties respectfully submit the following Stipulation and [Proposed] Order To Extend Schedule On Defendants' Motions to Dismiss and Continuing Case Management Conference by 28 days.

**WHEREAS**, on March 27, 2014, the Court entered a scheduling order (ECF No. 46) (the "Scheduling Order") requiring plaintiffs Ralph Saraceni and James Donnelly ("Plaintiffs") to file an amended shareholder derivative complaint by no later than April 4, 2014;

**WHEREAS**, Plaintiffs filed their Consolidated First Amended Shareholder Derivative Complaint on April 4, 2014 (ECF No. 47) (the "Amended Complaint");

**WHEREAS**, the Scheduling Order required: (1) defendants Andrew M. Miller, Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, and Kevin T. Parker, as well as nominal defendant Polycom, Inc. (collectively, "Defendants"), to move to dismiss the Amended Complaint by May 23, 2014; (2) Plaintiffs to file any opposition(s) to Defendants' motions to dismiss by July 11, 2014; and (3) Defendants to file reply briefs in support of their motions to dismiss by August 8, 2014;

**WHEREAS**, Defendants filed motions to dismiss the Amended Complaint on May 23, 2014 (ECF Nos. 48, 51);

**WHEREAS**, on June 11, 2014, the Court entered an Order pursuant to the parties' stipulation (ECF No. 55) allowing Plaintiffs to file one, omnibus opposition, not to exceed 40 pages, to Defendants' motions to dismiss, in lieu of filing separate opposition briefs;

**WHEREAS**, the Scheduling Order also set a hearing on Defendants' motions to dismiss and an Initial Case Management Conference for August 22, 2014, at 10:00 a.m.;

**WHEREAS**, subject to the Court's approval, the parties respectfully request that the Court modify the briefing schedule for Defendants' motions to dismiss set forth in the Scheduling Order as set forth below, and continue the Initial Case Management Conference until briefing on Defendants' motions to dismiss is complete.

**NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and agree as follows:

(1) Plaintiffs shall file their omnibus opposition to Defendants' motions to dismiss the

Amended Complaint no later than August 8, 2014.

(2) Defendants shall file their reply brief(s) in support of their motions to dismiss the Amended Complaint no later than September 5, 2014.

(3) The hearing date for Defendants' motions to dismiss currently on calendar for August 22, 2014, at 10:00 a.m., shall be continued to September 19, 2014, at 10:00 a.m.

(4) The Initial Case Management Conference currently scheduled for August 22, 2014 is hereby vacated, and the Initial Case Management Conference shall instead be set to such other date and time as this Court may order.

**IT IS SO STIPULATED.**

Dated: July 10, 2014                    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By: /s/ Keith E. Eggleton
        Keith E. Eggleton
        keggleton@wsgr.com

*Attorneys for Defendants Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, Kevin T. Parker, and Nominal Defendant Polycom, Inc.*

Dated: July 10, 2014                    By: /s/ Paul T. Friedman
                                                Paul T. Friedman
                                                pfriedman@mofo.com

MORRISON FOERSTER
PAUL T. FRIEDMAN
PHILIP T. BESIROF
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Defendant Andrew M. Miller*

07/10/2014
IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

| | |
|---|---|
| Dated: July 10, 2014 | By: /s/ Nathan R. Hamler<br>Nathan R. Hamler<br>nathanh@johnsonandweaver.com<br><br>JOHNSON & WEAVER, LLP<br>FRANK J. JOHNSON<br>SHAWN E. FIELDS<br>NATHAN R. HAMLER<br>110 West A Street, Suite 750<br>San Diego, CA  92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856<br><br>*Attorneys for Plaintiffs* |

*I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order To Extend Schedule On Defendants' Motions to Dismiss and Continuing Case Management Conference.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Paul T. Friedman, and Nathan R. Hamler have concurred in this filing.*

## DECLARATION OF KEITH E. EGGLETON

I, Keith E. Eggleton, declare:

1. I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, Kevin T. Parker, and nominal defendant Polycom, Inc.  I make this declaration in support of the parties' Stipulation and [Proposed] Order To Extend Schedule On Defendants' Motions to Dismiss and Continuing Case Management Conference.  The parties seek to extend the current schedule by 28 days.  The extension is requested because of the current schedules of counsel and has been stipulated to at my request.  The parties agree that such extension is reasonable and appropriate.

2. This is the first request for extension of time with respect to Defendants' motions to dismiss.

3. The requested extension of time will impact the hearing on Defendants' motions to dismiss, as well as the upcoming Case Management Conference, both currently scheduled for August 22, 2014.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 10, 2014 in Palo Alto, California.

By: /s/ Keith E. Eggleton
Keith E. Eggleton