1  KEITH E. EGGLETON, State Bar No. 159842
   Email:  keggleton@wsgr.com
2  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
3  KELLEY M. KINNEY, State Bar No. 216823
   Email:  kkinney@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Defendants
8  Betsy S. Atkins, John A. Kelley, D. Scott Mercer,
   William A. Owens, Kevin T. Parker
9  and Nominal Defendant Polycom, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE POLYCOM, INC. DERIVATIVE LITIGATION, | ) ) ) | Lead Case No.:  3:13-cv-3880-SC |
|---|---|---|
| | ) | (Derivative Action) |
| This Document Relates To: | ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE** |
| ALL ACTIONS | ) ) | **MANAGEMENT CONFERENCE** |
| | ) ) ) ) ) ) | |

Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, the parties respectfully submit the following Stipulation and [Proposed] Order Continuing the Initial Case Management Conference currently set for December 12, 2014, at 10:00 a.m.

**WHEREAS**, on March 27, 2014, the Court entered a scheduling order (ECF No. 46) (the "Scheduling Order"):  (1) requiring plaintiffs Ralph Saraceni and James Donnelly ("Plaintiffs") to file an amended shareholder derivative complaint by no later than April 4, 2014; and (2) continuing the Initial Case Management Conference to August 22, 2014;

**WHEREAS**, pursuant to the Scheduling Order, Plaintiffs filed their Consolidated First Amended Shareholder Derivative Complaint on April 4, 2014 (ECF No. 47) (the "Amended Complaint");

**WHEREAS**, pursuant to the Scheduling Order, defendants Andrew M. Miller, Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, and Kevin T. Parker, as well as nominal defendant Polycom, Inc. (collectively, "Defendants"), filed motions to dismiss the Amended Complaint on May 23, 2014 (ECF Nos. 48, 51) (the "Motions to Dismiss"), with a hearing set for August 22, 2014;

**WHEREAS**, on July 10, 2014, the Court entered a modified scheduling order (ECF No. 57) (the "Modified Scheduling Order"):  (1) requiring Plaintiffs to file their omnibus opposition to Defendants' Motions to Dismiss no later than August 8, 2014; (2) requiring Defendants to file reply briefs in support of their Motions to Dismiss no later than September 5, 2014; (3) continuing the hearing date for Defendants' Motions to Dismiss to September 19, 2014; and (4) vacating the Initial Case Management Conference set for August 22, 2014;

**WHEREAS**, also on July 10, 2014, the Court rescheduled the Initial Case Management Conference to November 14, 2014 (ECF No. 58);

**WHEREAS**, pursuant to the Modified Scheduling Order, Plaintiffs filed their Opposition to Defendants' Motions to Dismiss on August 8, 2014 (ECF No. 59), and Defendants filed their reply briefs in support of their Motions to Dismiss on September 5, 2014 (ECF Nos. 60, 61);

**WHEREAS**, on September 16, 2014, the Court issued notice that it would decide Defendants' Motions to Dismiss on the papers, and vacated the hearing previously set for

1  September 19, 2014 (ECF No. 62);

2  **WHEREAS**, on October 31, 2014, the Court continued the Initial Case Management

3  Conference to December 12, 2014 (ECF No. 64);

4  **WHEREAS**, subject to the Court's approval, the parties respectfully request that the

5  Court continue the Initial Case Management Conference currently set for December 12, 2014,

6  while the Court considers Defendants' pending Motions to Dismiss, to be reset as the Court may

7  order.

8  **NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and

9  agree as follows:

10      (1)    The Initial Case Management Conference currently set for December 12, 2014, at

11          10:00 a.m., is hereby vacated, and the Initial Case Management Conference shall

12          be set to such date and time as the Court may order.

13  **IT IS SO STIPULATED.**

14  Dated:  November 24, 2014        Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By: /s/ Keith E. Eggleton
     Keith E. Eggleton
     keggleton@wsgr.com

*Attorneys for Defendants Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, Kevin T. Parker, and Nominal Defendant Polycom, Inc.*

| | |
|---|---|
| Dated: November 24, 2014 | By: /s/ Philip T. Besirof<br>    Philip T. Besirof<br>    pbesirof@mofo.com<br><br>MORRISON FOERSTER<br>PHILIP T. BESIROF<br>PAUL T. FRIEDMAN<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>*Attorneys for Defendant Andrew M. Miller* |
| Dated: November 24, 2014 | By: /s/ Nathan R. Hamler<br>    Nathan R. Hamler<br>    nathanh@johnsonandweaver.com<br><br>JOHNSON & WEAVER, LLP<br>FRANK J. JOHNSON<br>SHAWN E. FIELDS<br>NATHAN R. HAMLER<br>110 West A Street, Suite 750<br>San Diego, CA  92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856<br><br>*Attorneys for Plaintiffs* |

*I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Philip T. Besirof and Nathan R. Hamler have concurred in this filing.*

## DECLARATION OF KEITH E. EGGLETON

I, Keith E. Eggleton, declare:

1. I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, Kevin T. Parker, and nominal defendant Polycom, Inc. I make this declaration in support of the parties' Stipulation and [Proposed] Order Continuing Case Management Conference. The parties seek to continue the Initial Case Management Conference until after the Court has ruled on Defendants' pending Motions to Dismiss. The parties agree that a continuance is reasonable and appropriate.

2. This is the parties' fifth request for extension of time with respect to the Initial Case Management Conference since this derivative action was consolidated in October 2013. The parties' previous stipulated requests to continue the Initial Case Management Conference were filed on December 9, 2013 (ECF No. 35), March 27, 2014 (ECF No. 45), July 10, 2014 (ECF No. 56), and October 30, 2014 (ECF No. 63). The Court granted these four previous requests (*see* ECF Nos. 36, 46, 57, 64).

3. The requested continuance will not impact any other deadlines or dates set by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2014 in Palo Alto, California.

By: /s/ Keith E. Eggleton
Keith E. Eggleton

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued to Friday, 01/16/2015, at 10:00 a.m.

Dated: 11/24/2014

THE HONORABLE SAMUEL CONTI
United States



-4-