1   KEITH E. EGGLETON, State Bar No. 159842
    Email:  keggleton@wsgr.com
2   RODNEY G. STRICKLAND, State Bar No. 161934
    Email: rstrickland@wsgr.com
3   KELLEY M. KINNEY, State Bar No. 216823
    Email:  kkinney@wsgr.com
4   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
5   650 Page Mill Road
    Palo Alto, CA 94304-1050
6   Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
7
    Attorneys for Defendants
8   Betsy S. Atkins, John A. Kelley, D. Scott Mercer,
    William A. Owens, Kevin T. Parker
9   and Nominal Defendant Polycom, Inc.

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14   IN RE POLYCOM, INC. DERIVATIVE        )   Lead Case No.:  3:13-cv-3880-SC
     LITIGATION,                           )
15                                         )   (Derivative Action)
                                           )
16   This Document Relates To:             )   **STIPULATION AND [PROPOSED]**
                                           )   **ORDER CONTINUING CASE**
17        ALL ACTIONS                      )   **MANAGEMENT CONFERENCE**
                                           )
18                                         )
                                           )
19                                         )
                                           )
20   _____)

21

22

23

24

25

26

27

28

1    Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, the parties respectfully submit the

2  following Stipulation and [Proposed] Order Continuing the Initial Case Management Conference

3  currently set for January 16, 2015, at 10:00 a.m.

4    WHEREAS, on March 27, 2014, the Court entered a scheduling order (ECF No. 46) (the

5  "Scheduling Order"):  (1) requiring plaintiffs Ralph Saraceni and James Donnelly ("Plaintiffs") to

6  file an amended shareholder derivative complaint by no later than April 4, 2014; and (2)

7  continuing the Initial Case Management Conference to August 22, 2014;

8    WHEREAS, pursuant to the Scheduling Order, Plaintiffs filed their Consolidated First

9  Amended Shareholder Derivative Complaint on April 4, 2014 (ECF No. 47) (the "Amended

10  Complaint");

11    WHEREAS, pursuant to the Scheduling Order, defendants Andrew M. Miller, Betsy S.

12  Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, and Kevin T. Parker, as well as

13  nominal defendant Polycom, Inc. (collectively, "Defendants"), filed motions to dismiss the

14  Amended Complaint on May 23, 2014 (ECF Nos. 48, 51) (the "Motions to Dismiss"), with a

15  hearing set for August 22, 2014;

16    WHEREAS, on July 10, 2014, the Court entered a modified scheduling order (ECF No.

17  57) (the "Modified Scheduling Order"):  (1) requiring Plaintiffs to file their omnibus opposition

18  to Defendants' Motions to Dismiss no later than August 8, 2014; (2) requiring Defendants to file

19  reply briefs in support of their Motions to Dismiss no later than September 5, 2014; (3)

20  continuing the hearing date for Defendants' Motions to Dismiss to September 19, 2014; and (4)

21  vacating the Initial Case Management Conference set for August 22, 2014;

22    WHEREAS, also on July 10, 2014, the Court rescheduled the Initial Case Management

23  Conference to November 14, 2014 (ECF No. 58);

24    WHEREAS, pursuant to the Modified Scheduling Order, Plaintiffs filed their Opposition

25  to Defendants' Motions to Dismiss on August 8, 2014 (ECF No. 59), and Defendants filed their

26  reply briefs in support of their Motions to Dismiss on September 5, 2014 (ECF Nos. 60, 61);

27    WHEREAS, on September 16, 2014, the Court issued notice that it would decide

28  Defendants' Motions to Dismiss on the papers, and vacated the hearing previously set for

1    September 19, 2014 (ECF No. 62);

2        **WHEREAS**, on October 31, 2014, the Court continued the Initial Case Management

3    Conference to December 12, 2014 (ECF No. 64), and on November 24, 2014, the Court further

4    continued the Initial Case Management Conference to January 16, 2015 (ECF No. 66);

5        **WHEREAS**, subject to the Court's approval, the parties respectfully request that the

6    Court continue the Initial Case Management Conference currently set for January 16, 2015, while

7    the Court considers Defendants' pending Motions to Dismiss, to be reset to a date and time after

8    the Court issues its order on Defendants' pending Motions to Dismiss.

9        **NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and

10   agree as follows:

11       (1)      The Initial Case Management Conference currently set for January 16, 2015, at

12                10:00 a.m., is hereby vacated, and the Initial Case Management Conference shall

13                be set to such date and time as the Court may order after the Court issues its order

14                on Defendants' pending Motions to Dismiss.

15       **IT IS SO STIPULATED.**

16   Dated:  January 2, 2015                    Respectfully submitted,

17

18                                              WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
19                                              650 Page Mill Road
                                                Palo Alto, CA 94304-1050
                                                Telephone: (650) 493-9300
20                                              Facsimile: (650) 565-5100

21

22                                              By: /s/ Keith E. Eggleton
                                                    Keith E. Eggleton
23                                                  keggleton@wsgr.com

24                                              *Attorneys for Defendants Betsy S. Atkins, John A.*
                                                *Kelley, D. Scott Mercer, William A. Owens, Kevin*
25                                              *T. Parker, and Nominal Defendant Polycom, Inc.*

26

27

28

STIPULATION & [PROPOSED] ORDER
CONTINUING CMC
LEAD CASE NO.:  3:13-cv-3880-SC

1     Dated:  January 2, 2015            By: /s/ Philip T. Besirof

2                                       Philip T. Besirof
                                      pbesirof@mofo.com

3                                       MORRISON FOERSTER

4                                       PHILIP T. BESIROF
                                      PAUL T. FRIEDMAN

5                                       425 Market Street
                                      San Francisco, CA  94105-2482

6                                       Telephone: (415) 268-7000
                                      Facsimile: (415) 268-7522

7                                       *Attorneys for Defendant Andrew M. Miller*

8

9     Dated:  January 2, 2015            By: /s/ Nathan R. Hamler

10                                      Nathan R. Hamler
                                     nathanh@johnsonandweaver.com

11                                      JOHNSON & WEAVER, LLP

12                                      FRANK J. JOHNSON
                                     SHAWN E. FIELDS

13                                      NATHAN R. HAMLER
                                     110 West A Street, Suite 750

14                                      San Diego, CA  92101
                                     Telephone: (619) 230-0063

15                                      Facsimile: (619) 255-1856

16                                      *Attorneys for Plaintiffs*

17     *I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Philip T. Besirof and Nathan R. Hamler have concurred in this filing.*

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF KEITH E. EGGLETON**

I, Keith E. Eggleton, declare:

      1.     I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, Kevin T. Parker, and nominal defendant Polycom, Inc.  I make this declaration in support of the parties' Stipulation and [Proposed] Order Continuing Case Management Conference.  The parties seek to continue the Initial Case Management Conference until after the Court has ruled on Defendants' pending Motions to Dismiss.  The parties agree that a continuance is reasonable and appropriate.

      2.     This is the parties' sixth request for extension of time with respect to the Initial Case Management Conference since this derivative action was consolidated in October 2013.  The parties' previous stipulated requests to continue the Initial Case Management Conference were filed on December 9, 2013 (ECF No. 35), March 27, 2014 (ECF No. 45), July 10, 2014 (ECF No. 56), October 30, 2014 (ECF No. 63), and November 24, 2014 (ECF No. 65).  The Court granted these five previous requests (*see* ECF Nos. 36, 46, 57, 64, 66).

      3.     The requested continuance will not impact any other deadlines or dates set by the Court.

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 2, 2015 in Palo Alto, California.

By: /s/ Keith E. Eggleton
          Keith E. Eggleton

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The case management conference is continued to Friday, 02/20/2015, at 10:00 a.m.

Dated:  01/05/2015

THE HONORABLE SAMUEL CONTI
United States District Judge