JOHNSON & WEAVER, LLP
Frank J. Johnson (SBN 174882)
frankj@johnsonandweaver.com
Shawn E. Fields (SBN 255267)
shawnf@johnsonandweaver.com
Nathan R. Hamler (SBN 227765)
nathanh@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Lead Counsel for Plaintiffs*

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE POLYCOM, INC. DERIVATIVE LITIGATION | Lead Case No.: 3:13-cv-03880-SC |
| | (Derivative Action) |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER |
| ALL ACTIONS. | |

Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, the parties respectfully submit the following Stipulation and [Proposed] Order: (1) granting Plaintiffs an extension of time of three weeks, until and including March 5, 2015, by which to amend their complaint or take other appropriate action in response to the Court's January 13, 2015 "Order Granting in Part and Denying in Part Motions to Dismiss" (ECF No. 69) (the "January 13, 2015 Order"); and (2) continuing the Initial Case Management Conference currently set for February 20, 2015, at 10:00 a.m.

**WHEREAS**, Plaintiffs filed their Consolidated First Amended Shareholder Derivative Complaint on April 4, 2014 (ECF No. 47) (the "First Amended Complaint");

**WHEREAS**, pursuant to the Scheduling Order, defendants Andrew M. Miller, Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, and Kevin T. Parker, as well as nominal defendant Polycom, Inc. (collectively, "Defendants"), filed motions to dismiss the First Amended Complaint on May 23, 2014 (ECF Nos. 48, 51) (the "Motions to Dismiss"), with a hearing set for August 22, 2014;

**WHEREAS**, on July 10, 2014, the Court entered a modified scheduling order (ECF No. 57) (the "Modified Scheduling Order"): (1) requiring Plaintiffs to file their omnibus opposition to Defendants' Motions to Dismiss no later than August 8, 2014; (2) requiring Defendants to file reply briefs in support of their Motions to Dismiss no later than September 5, 2014; (3) continuing the hearing date for Defendants' Motions to Dismiss to September 19, 2014; and (4) vacating the Initial Case Management Conference set for August 22, 2014;

**WHEREAS**, pursuant to the Modified Scheduling Order, Plaintiffs filed their Opposition to Defendants' Motions to Dismiss on August 8, 2014 (ECF No. 59), and Defendants filed their reply briefs in support of their Motions to Dismiss on September 5, 2014 (ECF Nos. 60, 61);

**WHEREAS**, on September 16, 2014, the Court issued notice that it would decide Defendants' Motions to Dismiss on the papers, and vacated the hearing previously set for September 19, 2014 (ECF No. 62);

1    **WHEREAS,** on January 13, 2015, the Court issued the January 13, 2015 Order, which

2    granted in part and denied in part Defendants' Motions to Dismiss, and which further granted

3    Plaintiffs thirty (30) days to amend the First Amended Complaint, until February 12, 2015;

4    **WHEREAS**, an Initial Case Management Conference is currently scheduled for

5    February 20, 2015 at 10:00 a.m.;

6    **WHEREAS,** to enable Plaintiffs and counsel for Plaintiffs to fully evaluate the January

7    13, 2015 Order and determine whether to file a second amended complaint or take some other

8    course of action in response to that order, Plaintiffs' counsel has requested, and Defendants

9    have agreed, to allow Plaintiffs an extension of three (3) weeks, or until and including March

10   5, 2015, to file a second amended complaint or take other appropriate action in response to the

11   January 13, 2015 Order;

12   **WHEREAS,** the parties have further agreed that, in the event Plaintiffs file a second

13   amended complaint, the parties will meet and confer within ten (10) days of the filing

14   regarding a schedule for Defendants' response to the second amended complaint, providing

15   Defendants a minimum of thirty (30) days to respond, and the parties will file the proposed

16   schedule with the Court;

17   **WHEREAS,** subject to the Court's approval, the parties respectfully request that the

18   Court vacate the Initial Case Management Conference currently set for February 20, 2015, to

19   be reset, as necessary, if Plaintiffs file a second amended complaint, and the parties thereafter

20   submit a proposed schedule to the Court;

21   **NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and

22   agree as follows:

23   (1)    Plaintiffs shall have until and including March 5, 2015, to file a second

24          amended complaint or otherwise take other appropriate action in response to the

25          Court's January 13, 2015 Order;

26   (2)    In the event Plaintiffs file a second amended complaint on or before March 5,

27          2015, within ten (10) days of the filing of a second amended complaint, the

28          parties will meet and confer regarding a schedule for Defendants' response to

2

1   the second amended complaint, and submit a proposed schedule to the Court.

2   Plaintiffs agree that any such proposed schedule will allow Defendants a period

3   of at least thirty (30) days to respond to any second amended complaint filed by

4   Plaintiffs;

5   (3)   The Case Management Conference currently set for February 20, 2015, at

6   10:00 a.m., shall be hereby vacated to be reset, as necessary, in the event

7   Plaintiffs file a second amended complaint and the parties submit a proposed

8   schedule regarding further proceedings to the Court.

9

10   **IT IS SO STIPULATED.**

11   Dated: February 6, 2015                    JOHNSON & WEAVER, LLP
                                                 FRANK J. JOHNSON
12                                               SHAWN E. FIELDS
                                                 NATHAN R. HAMLER
13
                                          By:_____*s/Nathan R. Hamler*_____
14                                               NATHAN R. HAMLER

15                                               600 West Broadway, Suite 1540
                                                 San Diego, CA  92101
16                                               Telephone: (619) 230-0063
                                                 Facsimile: (619) 255-1856
17                                               frankj@johnsonandweaver.com
                                                 shawnf@johnsonandweaver.com
18                                               nathanh@johnsonandweaver.com
                                                 *Lead Counsel for Plaintiffs*
19

20

21

22

23

24

25

26

27

28

3

1    Dated: February 6, 2015                WILSON SONSINI GOODRICH &
2                                           ROSATI, PC
                                            KEITH E. EGGLETON
3                                           KELLEY M. KINNEY

4                                    By:          s/Keith E. Eggleton
5                                                KEITH E. EGGLETON

6                                           650 Page Mill Road
                                            Palo Alto, CA 94304-1050
7                                           Telephone: (650) 493-9300
                                            Facsimile: (650) 565-5100
8                                           keggleton@wsgr.com
                                            kkinney@wsgr.com
9
                                            *Attorneys for Defendants Betsy S. Atkins,*
10                                          *John A. Kelley, D. Scott Mercer, William*
                                            *A. Owens, Kevin T. Parker, and Nominal*
11                                          *Defendant Polycom, Inc.*

12
13   Dated: February 6, 2015                MORRISON & FOERSTER LLP
                                            PAUL T. FRIEDMAN
14                                          PHILIP T. BESIROF

15                                   By:          s/ Philp T. Besirof
16                                               PHILIP T. BESIROF

17                                          425 Market Street
                                            San Francisco, CA 94105
18                                          Telephone: (415) 268-7444
                                            Facsimile: (415) 268-7522
19                                          PFriedman@mofo.com

20                                          *Attorneys for Defendant Andrew M. Miller*

21                          **SIGNATURE ATTESTATION**

22        I am the ECF user whose identification and password are being used to file the

23   foregoing Stipulation and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I hereby

24   attest that concurrence in the filing of this document has been obtained.

25   Dated: February 6, 2015            s/Nathan R. Hamler
26                                      NATHAN R. HAMLER

27

28

                                           4

1

**DECLARATION OF NATHAN R. HAMLER**

2

I, Nathan R. Hamler, declare:

3

1.      I am an attorney with Johnson & Weaver, LLP, lead counsel for plaintiffs.  I

4

make this declaration in support of the parties' Stipulation and [Proposed] Order Continuing

5

Case Management Conference.  The parties seek to continue the Initial Case Management

6

Conference to be reset, if necessary, until after such time as Plaintiffs make an election to file

7

an amended complaint and the parties submit a proposed schedule regarding further

8

proceedings to the Court.  The parties agree that a continuance is reasonable and appropriate.

9

2.      This is the parties' seventh request for extension of time with respect to the

10

Initial Case Management Conference since this derivative action was consolidated in October

11

2013.  The parties' previous stipulated requests to continue the Initial Case Management

12

Conference were filed on December 9, 2013 (ECF No. 35), March 27, 2014 (ECF No. 45),

13

July 10, 2014 (ECF No. 56), October 30, 2014 (ECF No. 63), November 24, 2014 (ECF

14

No. 65), and January 2, 2015 (ECF No. 68).  The Court granted these six previous requests

15

(*see* ECF Nos. 36, 46, 57, 64, 66, and 68).

16

3.      The requested continuance will not impact any other deadlines or dates set by

17

the Court.

18

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

19

February 6, 2015, in San Diego, California.

20

21

_____
*s/Nathan R. Hamler*
Nathan R. Hamler

22

23

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25

Dated: _____02/09_____, 2015

26

_____
HON.
UNITE                          COURT JUDGE

27

Judge Samuel Conti

28