JOHNSON & WEAVER, LLP
Frank J. Johnson (SBN 174882)
frankj@johnsonandweaver.com
Shawn E. Fields (SBN 255267)
shawnf@johnsonandweaver.com
Nathan R. Hamler (SBN 227765)
nathanh@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Lead Counsel for Plaintiffs*

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE POLYCOM, INC. DERIVATIVE LITIGATION | Lead Case No.: 3:13-cv-03880-SC |
|---|---|
|  | (Derivative Action) |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION |

1    Each of the named-plaintiffs Ralph Saraceni and Jim Donnelly ("Plaintiffs"), nominal defendant Polycom, Inc. ("Polycom") and the individual defendants named herein (collectively, "Defendants"), hereby stipulate and respectfully request through their undersigned counsel, that the Court enter the proposed order dismissing the above-captioned action (the "Action"). In support of their stipulation and the requested dismissal, the parties state as follows:

(1)    On January 13, 2015, the Court issued an Order granting Defendants' motion to dismiss Plaintiffs' Verified Consolidated First Amended Shareholder Derivative Complaint in this action for failure to allege demand futility with particularity, without prejudice for Plaintiffs to file an amended complaint within thirty days of the January 13, 2015 Order. (Document No. 69). Pursuant to stipulation of the parties and subsequent Order of the Court (Document No. 72), the deadline for Plaintiffs to file a second amended complaint was extended until March 5, 2015;

(2)    Plaintiffs have not filed, and do not intend to file, any further complaint in this action;

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, as follows:

(a)    that this Action, and all claims asserted therein, against all Defendants should be dismissed with prejudice, and judgment be entered in favor of Defendants; and

/ / /

/ / /

1       (b)    that Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 41(b), filed by Defendants on March 19, 2015 (Document No. 73) be hereby withdrawn.

Dated: April 2, 2015

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS
NATHAN R. HAMLER

By: _____*s/Nathan R. Hamler*_____
          NATHAN R. HAMLER

600 West Broadway, Suite 1540
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
shawnf@johnsonandweaver.com
nathanh@johnsonandweaver.com
*Lead Counsel for Plaintiffs*

Dated: April 2, 2015

WILSON SONSINI GOODRICH & ROSATI, PC
KEITH E. EGGLETON
KELLEY M. KINNEY

By: _____*s/Keith E. Eggleton*_____
          KEITH E. EGGLETON

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
keggleton@wsgr.com
kkinney@wsgr.com

*Attorneys for Defendants Betsy S. Atkins, John A. Kelley, D. Scott Mercer, William A. Owens, Kevin T. Parker, and Nominal Defendant Polycom, Inc.*

| | |
|---|---|
| 1  Dated: April 2, 2015 | MORRISON & FOERSTER LLP |
| 2 | PAUL T. FRIEDMAN |
|   | PHILIP T. BESIROF |

By: _____*s/Philip T. Besirof*_____
　　　　　PHILIP T. BESIROF

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7444
Facsimile: (415) 268-7522
PFriedman@mofo.com
Pbesirof@mofo.com

*Attorneys for Defendant Andrew M. Miller*

### SIGNATURE ATTESTATION

　　In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: April 2, 2015　　　　　　　　　　*s/Nathan R. Hamler*
　　　　　　　　　　　　　　　　　　　　NATHAN R. HAMLER

　　PURSUANT TO STIPULATION IT IS SO ORDERED: The above-captioned action is dismissed in its entirety as to all Defendants with prejudice.

Dated: ___April 3___, 2015　　　　　_____[signature]_____
　　　　　　　　　　　　　　　　　　　HON. SAMUEL CONTI
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE